JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES F. LEE,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>G.D. LEWIS, Warden,<br><br>　　　　　Respondent. | No. CV 12-08044-GHK (DFM)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated:　　10/2/14

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　Chief United States District Judge



ENTERED
CLERK, U.S. DISTRICT COURT

October 3, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY:　　TS　　DEPUTY